DISABILITY RIGHTS ADVOCATES
STUART SEABORN (Bar No. 198590)
MELISSA RIESS (Bar No. 295959)
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile:  (510) 665-8511
sseaborn@dralegal.org
mriess@dralegal.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO, a California non-profit corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC., a Delaware Corporation,<br><br>Defendant. | **Case No.  4:19-cv-01438-KAW**<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  DATED:  March 21, 2019                    Respectfully submitted,

5

6                                            DISABILITY RIGHTS ADVOCATES

7

8                                            Melissa Riess
                                             Attorneys for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*ILRC, et al. v. Lyft, Inc.*, Case No. 4:19-cv-01438-KAW
**Certification of Interested Entities or Persons**                                                         1