DISABILITY RIGHTS ADVOCATES
STUART SEABORN (Bar No. 198590)
MELISSA RIESS (Bar No. 295959)
REBECCA SERBIN (NY State Bar No. 5273255)*
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
sseaborn@dralegal.org
mriess@dralegal.org
rserbin@dralegal.org

Attorneys for Plaintiffs
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO, a California non-profit corporation, JUDITH SMITH, an individual, JULIE FULLER, an individual, TARA AYRES, an individual, and COMMUNITY RESOURCES FOR INDEPENDENT LIVING, a California non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>LYFT, Inc., a Delaware corporation,<br><br>    Defendant. | Case No. 3:19-CV-01438-WHA<br><br>**DECLARATION OF LANA NIEVES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Honorable William Alsup |

I, Lana Nieves, hereby declare:

1. I make this declaration based on my personal knowledge and, if called to testify, I could and would testify as follows:

2. I am the Executive Director of Independent Living Resource Center San Francisco ("ILRCSFSF"), a disability rights organization in San Francisco, California, that advocates for people with disabilities and supports them in living independent and active lives. This work includes improving transportation options for people with disabilities in San Francisco and the Bay Area.

3. I have worked at ILRCSF since 2006. I have been ILRCSF's Executive Director since July of 2018.

4. ILRCSF's board, staff, and the consumers of our services include people with mobility disabilities who have been deterred from downloading and using Lyft because of Lyft's failure to make accessible, on-demand service reliably available to them.

**ILRCSF AND ITS MEMBERS HAVE BEEN HARMED BY THE LACK OF ACCESSIBLE LYFT SERVICE**

5. Some of ILRCSF's staff and board have mobility disabilities, use power wheelchairs, and therefore use a wheelchair accessible vehicle if they are traveling in a car. For example, Fiona Hinze, ILRCSF's Director of Systems Change, uses a motorized wheelchair and cannot use Lyft because of the lack of reliable service.

6. Plaintiff Sascha Bittner is a consumer of ILRCSF and has participated in ILRCSF programs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2019 in San Francisco, California.

Lana Nieves

*Independent Living Resource Center San Francisco et al. v. Lyft, Inc.*, Case No. 3:19-CV-01438
Declaration of Lana Nieves in Support of Plaintiffs' Motion for Class Certification    1