DISABILITY RIGHTS ADVOCATES
STUART SEABORN (Bar No. 198590)
MELISSA RIESS (Bar No. 295959)
REBECCA SERBIN (NY State Bar No. 5273255)*
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
sseaborn@dralegal.org
mriess@dralegal.org
rserbin@dralegal.org

Attorneys for Plaintiffs
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO, a California non-profit corporation, JUDITH SMITH, an individual, JULIE FULLER, an individual, TARA AYRES, an individual, and COMMUNITY RESOURCES FOR INDEPENDENT LIVING, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 3:19-CV-01438-WHA<br><br>**DECLARATION OF FIONA HINZE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Honorable William Alsup |

I, Fiona Hinze, hereby declare:

1. I make this declaration based on my personal knowledge and, if called to testify, I could and would testify as follows:

2. I am Director of Systems Change at Independent Living Resource Center San Francisco ("ILRCSF"), a disability rights organization in San Francisco, California, that advocates for people with disabilities and supports them in living independent and active lives.

3. I live in San Francisco, California.

4. I have a physical disability that limits my ability to walk.

5. Because of my physical disability, I use a motorized wheelchair. As a result, I need a Wheelchair Accessible Vehicle (WAV) in order to travel by car.

6. I have worked at ILRCSF since 2014. I have held my current position since July of 2019.

## LYFT DISCRIMINATES AGAINST ME BY NOT OFERING ON-DEMAND WAV SERVICE IN MY AREA

7. I have a smartphone, but have not downloaded the Lyft App because I have heard from other wheelchair users that Lyft does not provide a service reliable enough for me to use. Lyft would provide me with an additional option to commute to work or to off-site meetings, speaking engagements, and other important work-related events.

8. For example, if a same-day meeting or event came up, I wouldn't be able to attend because one needs to make a Paratransit reservation between 1 and 7 days prior to a given trip. So if a meeting comes up and for whatever reason I have not made a reservation, I would not be able to attend the meeting or event.

9. If I had access to reliable, on-demand, accessible transit, I wouldn't have to do as much advance planning and could be spontaneous. I could also be more in control of my own schedule. With Paratransit, you must come and go at the time they give you for your ride.

10. I am aware of Lyft's five-vehicle pilot program in San Francisco. I have not tried to use the program because it is very limited and because I know I would not be able to rely on it for reliable, on-demand transportation. I believe it would be pointless to download the app to try to use a pilot program that does not provide me with reliable transportation.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2019 in San Francisco, California.

_____
Fiona Hinze