DISABILITY RIGHTS ADVOCATES
STUART SEABORN (Bar No. 198590)
MELISSA RIESS (Bar No. 295959)
REBECCA SERBIN (NY State Bar No. 5273255)*
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
sseaborn@dralegal.org
mriess@dralegal.org
rserbin@dralegal.org

Attorneys for Plaintiffs
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO, a California non-profit corporation, JUDITH SMITH, an individual, JULIE FULLER, an individual, SASCHA BITTNER, an individual, TARA AYRES, an individual, and COMMUNITY RESOURCES FOR INDEPENDENT LIVING, a California non-profit corporation;<br><br>        Plaintiffs,<br><br>    v.<br><br>LYFT, Inc., a Delaware corporation;<br><br>Defendant. | Case No. 3:19-CV-01438-WHA<br><br>**PLAINTIFFS' SUPPLEMENTAL RULE 26(A)(3) PRETRIAL DISCLOSURES**<br><br>Judge:  Hon. William Alsup<br><br>Trial Date:  To Be Scheduled |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

Plaintiffs Independent Living Resource Center San Francisco, Community Resources for Independent Living, Judith Smith, Julie Fuller, Sascha Bitter, and Tara Ayres, by and through their attorneys, make the following disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

## I.   RULE 26(A)(3(A)(III): IDENTIFICATION OF EXHIBITS

Plaintiffs supplement their disclosure of exhibits they expect to offer or utilize with the following documents, which were published or issued after February 16, 2021. Document 52 was made public on the CPUC's website on February 18, 2021. Documents 53 through 60 were issued by the California Public Utilities Commission on March 12, 2021.

52. P002173 [Announcement: Funding Year 2021-2022 Access Fund Balance Estimates]

53. P002174 [CPUC Disposition re Lyft Advice Letter 1A re Retroactive Offset for Q3 2019]

54. P002179 [CPUC Disposition re Lyft Advice Letter 2A re Retroactive Offset for Q4 2019]

55. P002184 [CPUC Disposition re Lyft Advice Letter 3B re Retroactive Offset for Q1 2020]

56. P002190 [CPUC Disposition re Lyft Advice Letter 4B re Retroactive Offset for Q2 2020]

57. P002197 [CPUC Disposition re Uber Advice Letter 1A re Retroactive Offset for Q3 2019]

58. P002203 [CPUC Disposition re Uber Advice Letter 2A re Retroactive Offset for Q4 2019]

59. P002209 [CPUC Disposition re Uber Advice Letter 3A re Retroactive Offset for Q1 2020]

60. P002215 [CPUC Disposition re Uber Advice Letter 4B re Retroactive Offset for Q2 2020]

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

DATED:  March 16, 2021

DISABILITY RIGHTS ADVOCATES

Stuart Seaborn
Attorney for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644