FOLGER LEVIN LLP
Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
Marie Jonas (CSB No. 278952, mjonas@folgerlevin.com)
199 Fremont Street, 20th Floor
San Francisco, CA  94105
Telephone: 415.625.1050
Facsimile: 415.625.1091

Attorneys for Defendant LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO, a California non-profit corporation, JUDITH SMITH, an individual, JULIE FULLER, an individual, SASCHA BITTNER, an individual, TARA AYRES, an individual, and COMMUNITY RESOURCES FOR INDEPENDENT LIVING, a California non-profit corporation, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>LYFT, Inc., a Delaware corporation, <br><br>　　　　Defendant. | Case No. 3:19-cv-01438-WHA <br><br>**OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL RULE 26(A)(3) PRETRIAL DISCLOSURES** <br><br>Date:　　　March 17, 2021 <br>Time:　　　2:00 p.m. <br>Courtroom: 12 – 19th Floor |

Defendant Lyft, Inc. ("Lyft") hereby submits its objections to Plaintiffs' Supplemental Rule 26(a)(3)(A) Pretrial Disclosures, pursuant to Rule 26(a)(3)(B).

### I. RULE 26(A)(3)(A)(III): IDENTIFICATION OF EXHIBITS

Lyft cannot anticipate what foundation Plaintiffs may offer for many of these exhibits, nor anticipate the purpose for which many of these exhibits may be offered, and reserves objections pursuant to Federal Rules of Evidence 602, 802, 901, and any other appropriate objections, to be asserted at the time of trial. Objections based upon Federal Rules of Evidence 402 and 403 are preserved by operation of Rule 26(a)(3)(B).

Lyft further notes that the exhibits identified should be excluded pursuant to the arguments set forth in Lyft's Motion in Limine Nos. 3 and 4.

| Plaintiffs' Exhibit | Lyft's Objections |
|---|---|
| 52. P002173 [Announcement: Funding Year 2021-2022 Access Fund Balance Estimates] | Personal Knowledge (FRE 602) Authentication (FRE 901) |
| 53. P002174 [CPUC Disposition re Lyft Advice Letter 1A re Retroactive Offset for Q3 2019] | Personal Knowledge (FRE 602) |
| 54. P002179 [CPUC Disposition re Lyft Advice Letter 2A re Retroactive Offset for Q4 2019] | Personal Knowledge (FRE 602) |
| 55. P002184 [CPUC Disposition re Lyft Advice Letter 3B re Retroactive Offset for Q1 2020] | Personal Knowledge (FRE 602) |
| 56. P002190 [CPUC Disposition re Lyft Advice Letter 4B re Retroactive Offset for Q2 2020] | Personal Knowledge (FRE 602) |
| 57. P002197 [CPUC Disposition re Uber Advice Letter 1A re Retroactive Offset for Q3 2019] | Personal Knowledge (FRE 602) Multiple Hearsay (FRE 802, 805) |
| 58. P002203 [CPUC Disposition re Uber Advice Letter 2A re Retroactive Offset for Q4 2019] | Personal Knowledge (FRE 602) Multiple Hearsay (FRE 802, 805) |
| 59. P002209 [CPUC Disposition re Uber Advice Letter 3A re Retroactive Offset for Q1 2020] | Personal Knowledge (FRE 602) Multiple Hearsay (FRE 802, 805) |
| 60. P002215 [CPUC Disposition re Uber Advice Letter 4B re Retroactive Offset for Q2 2020] | Personal Knowledge (FRE 602) Multiple Hearsay (FRE 802, 805) |

| | | |
|---|---|---|
| 1 | Dated:  March 16, 2021 | FOLGER LEVIN LLP |
| 2 | | */s/ Jiyun Cameron Lee* |
| 3 | | Jiyun Cameron Lee |
| 4 | | Attorneys for Defendant LYFT, INC. |

1102604.1

# CERTIFICATE OF SERVICE

I, Rebecca Erickson, state:

My business address is 199 Fremont Street, 20th Floor, San Francisco, California 94105. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL RULE 26(A)(3) PRETRIAL DISCLOSURES**

on the following person(s) in this action:

> Stuart Seaborn
> Melissa Riess
> Rebecca Serbin
> Michelle Iorio
> Disability Rights Advocates
> 2001 Center Street, Fourth Floor
> Berkeley, CA 94704-1204
> Email: sseaborn@dralegal.org
>   mriess@dralegal.org
>   rserbin@dralegal.org
>   miorio@dralegal.org

BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically via my electronic service address, rerickson@folgerlevin.com, to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 16, 2021, at San Francisco, California.

_Rebecca Erickson_
Rebecca Erickson

1020152.1

FOLGER LEVIN LLP
ATTORNEYS AT LAW