UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO, a California non-profit corporation, JUDITH SMITH, an individual, JULIE FULLER, an individual, SASCHA BITTNER, an individual, TARA AYRES, an individual, and COMMUNITY RESOURCES FOR INDEPENDENT LIVING, a California non-profit corporation,<br><br>  Plaintiffs,<br><br>    v.<br><br>LYFT, INC.,<br><br>  Defendant. | No. C 19-01438 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order, final judgment is hereby entered in favor of defendant and against plaintiffs. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 1, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE